UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN PARSONS; and
APPERTAINING LLC,

    Plaintiffs,

v.                                          Case No. 6:20-cv-123-RBD-LRH

JOHN REGNA; WORLD
ENTERTAINMENT ASSOCIATES
OF AMERICA, INC.; and
DOES 1–20,

    Defendants.
_____

## ORDER

Before the Court are:

1. Plaintiffs' Renewed Motion on Amount of Attorneys' Fees and Costs (Doc. 114 ("Motion")); and

2. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 127 ("R&R")).

In this trademark dispute case, the Court found Defendants in civil contempt for violating a preliminary injunction and imposed sanctions, some of which included awarding Plaintiffs attorney's fees for litigating the contempt motion. (*See* Doc. 108; Doc. 127, p. 2.) Plaintiffs submitted a Motion for attorney's fees and on referral, Judge Hoffman recommends granting the Motion in part and

denying it in part. (Doc. 114; Doc. 127, pp. 3–4.)

The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 127) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiffs' Motion (Doc. 114) is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **GRANTED** in that Plaintiffs are **AWARDED** $29,993.00 in attorneys' fees.

    b. In all other respects, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 4, 2022.



ROY B. DALTON JR.
United States District Judge