# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALAN PARSONS; and
APPERTAINING LLC,

      Plaintiff,

v.                                      Case No:  6:20-cv-123-RBD-LHP

JOHN REGNA; WORLD
ENTERTAINMENT ASSOCIATES
OF AMERICA, INC.; and
DOES 1–20,

      Defendant.

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

It is **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of the Plaintiff Alan Parsons and Appertaining, LLC., and against the Defendant, John Regna, World Entertainment Associates of America, Inc., in the amount of $4,950,000.00. It is further **ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 13, 2022.

ROY B. DALTON JR.
United States District Judge