UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN PARSONS; and
APPERTAINING LLC,

    Plaintiffs,

v.                                                   Case No. 6:20-cv-123-RBD-LHP

JOHN REGNA; and WORLD
ENTERTAINMENT ASSOCIATES
OF AMERICA, INC.,

    Defendants.
_____

## ORDER

Before the Court is Plaintiffs' Renewed Motion for Award of Legal Fees and Costs. (Doc. 199 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends the Court grant the Motion and order the parties to comply with the local rules for a determination of this amount. (Doc. 202 ("R&R").) The deadline has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 202) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiffs' Motion (Doc. 199) is **GRANTED**.

3. Plaintiffs are **ENTITLED** to seek an award of fees and costs pursuant to 15 U.S.C. § 1117(a).

4. The parties are **ORDERED** to comply with the procedures set forth in Local Rule 7.01(c) and (d) for a determination of the amount.[1]

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 15, 2022.

ROY B. DALTON JR.
United States District Judge

---

[1] The time for filing a supplemental motion begins from the date of this Order. *See* Local Rule 7.01(c).