# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALAN PARSONS; and
APPERTAINING LLC,

    Plaintiffs,

v.                                                          Case No. 6:20-cv-123-RBD-LHP

JOHN REGNA; WORLD
ENTERTAINMENT ASSOCIATES
OF AMERICA, INC.; and DOES 1–
20,

    Defendants.
_____

## ORDER

Before the Court is Plaintiffs' Unopposed Third Supplemental and Renewed Motion for Award of Legal Fees and Costs. (Doc. 227 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should grant the Motion in part, calculating that Plaintiffs are entitled to fees, just less than they requested. (Doc. 238 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 238) is **ADOPTED AND CONFIRMED** and made a

part of this Order in its entirety.

2. Plaintiffs' Motion (Doc. 227) is **GRANTED IN PART AND DENIED IN PART**:

   a. The Motion is **GRANTED** in that Plaintiffs are **AWARDED** a total of $284,919.05 in attorney's fees as follows:

      i. O'Connell & Crispin Ackal, PLLC: $103,916.55

      ii. Deeb Law Group, P.A.: $32,915.00

      iii. Jeffer Mangels Butler & Mitchell LLP: $148,087.50

   b. In all other respects, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 17, 2023.

ROY B. DALTON, JR.
United States District Judge